UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REYNALDO HERNANDEZ-PAREDES | : | |
| Plaintiff, | : | CIVIL ACTION NO.: |
| -v- | : | |
| DI-COR INDUSTRIES, INC. | : | |
| Defendant. | : | OCTOBER 28, 2016 |

### NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT FOR THE
       DISTRICT OF CONNECTICUT

   1.   Defendant, Di-Cor Industries, Inc. ("Di-Cor" or "Defendant"), notices the removal of this action pursuant to 28 U.S.C. §§ 1331 and 1446, premised on federal question jurisdiction to the United States District Court for the District of Connecticut, and as grounds avers the following:

### I.   TIMELINESS OF REMOVAL

   2.   On or about October 7, 2016, Plaintiff Reynaldo Hernandez-Paredes ("Plaintiff") filed a civil action against Di-Cor in the Superior Court of Connecticut, Judicial District of Hartford bearing Docket No. HHD-cv16-6071871-S (the "Complaint").   Copies of the Summons, Complaint, and Return of Service are attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(d).   These are the only process, pleadings, or other orders known by Defendant to have been served in this action.

   3.   Di-Cor was served with a copy of the Summons and Complaint on October 4, 2016.

   4.   Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within 30 days after service of process on Di-Cor.

**II.     VENUE**

5.     The Superior Court of Connecticut, Judicial District of Hartford, is located within the United States District Court for the District of Connecticut.  28 U.S.C. § 86.  Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**III.    BASIS FOR REMOVAL:  FEDERAL QUESTION JURISDICTION**

6.     This action is properly removable because the United States District Court has original jurisdiction in this case under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.     In the Complaint, Plaintiff alleges, *inter alia*, claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 206(a) and 207(a) in Count Three of the Complaint. This Court has original jurisdiction of this civil action because the claims pursued in Count Three arise under the Constitution and laws of the United States.  28 U.S.C. §§ 1331, 1441(a).

8.     Pursuant to 28 U.S.C. § 1441(c), any and all state law statutory and common law claims alleged by Plaintiff, including but not limited to any claims alleging violations of the Connecticut Wage and Hour Law (Counts One and Two), may be removed to this Court in accordance with the Court's exercise of supplemental jurisdiction.

**IV.    CONCLUSION**

9.     To date, Di-Cor has not filed a responsive pleading in Plaintiff's state court action, and no other proceedings have transpired in that action.

10.    Pursuant to 28 U.S.C. § 1446, copies of this Notice of Removal have been served upon counsel for all adverse parties and upon the Clerk of the State Court.

11. By removing this matter, Di-Cor does not waive or intend to waive any defense that may be available to it.

WHEREFORE, Di-Cor respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Connecticut, Judicial District of Hartford, to the United States District Court for the District of Connecticut.

>DEFENDANT,
>DI-COR INDUSTRIES, INC.
>
>By: /s/ John G. Stretton
>John G. Stretton (ct19902)
>John.Stretton@ogleetreedeakins.com
>Ogletree, Deakins, Nash, Smoak &
>Stewart, P.C.
>Two Stamford Plaza
>281 Tresser Blvd., Suite 602
>Stamford, CT 06901
>Telephone: (203) 969-3100
>Fax: (203) 969-3150

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2016, a copy of the within and foregoing was served by email and regular U.S. mail to the following counsel of record:

Sabatini & Associates, LLC
One Market Square
Newington, CT  06111

                                                By: /s/ John G. Stretton
                                                    John G. Stretton