UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REYNALDO HERNANDEZ-PAREDES | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 3:16-CV-1782 |
| -v- | : | |
| DI-COR INDUSTRIES, INC. | : | |
| Defendant. | : | MARCH 3, 2017 |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

Plaintiff Reynaldo Hernandez-Parades ("Plaintiff") and Defendant Di-Cor Industries, Inc. ("Di-Cor") (collectively, the "Parties") hereby notify the Court that the Parties have reached a carefully negotiated individualized settlement of Plaintiff's claims as set forth in a Settlement Agreement and Release (the "Agreement"), and move the Court to refer this matter to Magistrate Judge Joan G. Margolis for approval of the Agreement and dismissal of this action with prejudice. Magistrate Margolis presided over the settlement conference held on February 15, 2017, which resulted in this settlement. The Parties stipulate that this settlement constitutes a resolution of a bona fide dispute and, as such, submit this request for Court approval pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. ("FLSA"). A proposed order is attached as Exhibit A.

Whereby, the Parties respectfully request that the Court grant their Motion and enter: (1) an order approving the settlement and dismissing this action in its entirety, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each Party to bear his or its own costs; and (2) a stipulated Final Judgment stating that the approved settlement resolves all disputed issues of law and fact between the Parties in this action.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT JOHN G. STRETTON WILL E-FILE THE FOREGOING *JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE*.

| PLAINTIFF,<br>REYNALDO HERNANDEZ-PAREDES<br><br>By: /s/ James V. Sabatini<br>James V. Sabatini, Esq. (CT19899)<br>jsabatini@sabatinilaw.com<br>Sabatini & Associates, LLC<br>One Market Square<br>Newington, CT  06111<br>Telephone: (860) 667-0839<br>Fax: (860) 667-0867 | DEFENDANT,<br>DI-COR INDUSTRIES, INC.<br><br>By: /s/ John G. Stretton<br>John G. Stretton (ct19902)<br>John.Stretton@ogleetreedeakins.com<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Two Stamford Plaza<br>281 Tresser Blvd., Suite 602<br>Stamford, CT 06901<br>Telephone: (203) 969-3100<br>Fax: (203) 969-3150 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

By: /s/ John G. Stretton
John G. Stretton

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **REYNALDO HERNANDEZ-PAREDES** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.: 3:16-CV-1782** |
| -v- | : | |
| **DI-COR INDUSTRIES, INC.** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, on this _____ day of _____, 2017, upon consideration of the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice, it is hereby ORDERED:

1. That the Joint Stipulation of Settlement and Release is fair and reasonable and is thus APPROVED;

2. That the Joint Motion for Settlement Approval is GRANTED; and

3. That this action is DISMISSED WITH PREJUDICE.

The Court reserves jurisdiction to enforce the terms of the parties' settlement.

It is so **ORDERED**.

                                                                  **BY THE COURT:**

                                                                  _____
                                                                  J.

28883911.1