EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REYNALDO HERNANDEZ-PAREDES :

      Plaintiff, :

      CIVIL ACTION NO.: 3:16-CV-1782

-v- :

DI-COR INDUSTRIES, INC. :

      Defendant. :

## ORDER

AND NOW, on this \_\_19th\_\_ day of \_\_March\_\_, 2017, upon consideration of the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice, it is hereby ORDERED:

1. That the Joint Stipulation of Settlement and Release is fair and reasonable and is thus APPROVED;

2. That the Joint Motion for Settlement Approval is GRANTED; and

3. That this action is DISMISSED WITH PREJUDICE.

The Court reserves jurisdiction to enforce the terms of the parties' settlement.

It is so **ORDERED.**

      BY THE COURT:

      /s/ Joan G. Margolis
      Joan G. Margolis
      United States Magistrate Judge

28883911.1